IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
97 DEC 11 PM 2:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

SHEILA WIMBERLY, )
)
    Plaintiff, )
)
vs )  CIVIL ACTION NO. 97-P-1841-NE
)
ALLSTATE LIFE INSURANCE, et al, )
)
    Defendants. )

ENTERED
DEC 1 2 1997

## MEMORANDUM OF OPINION

    This action was removed from the Circuit Court of Limestone County, Alabama. Pending before the court is the plaintiff's motion to remand. Following oral argument before the magistrate judge on that motion, certain stipulations were filed with the court. An order was then entered as to the effect those stipulations would have on federal jurisdiction over the other defendants.

    Pursuant to the joint stipulations of the plaintiff and defendants Veterans Life Insurance Company, Monumental Life Insurance Company, and Reliance Standard Life Insurance Company, all claims against these defendants are to be dismissed with prejudice.

    Pursuant to the joint stipulation of the plaintiff and defendant Allstate Life Insurance Company, the bad faith claim against Allstate is to be dismissed with prejudice.

The motion to remand as to the only other claim against this defendant, the breach of contract claim, is due to be granted.

As to the remaining defendants, J.C. Penny Life Insurance Company and Liberty National Life Insurance Company, it was stated in the magistrate judge's order of November 6, 1997, that it is the plaintiff's contention that an entry of the order by this court in accordance with the above-stated stipulations would destroy diversity of citizenship with respect to Liberty National, and the jurisdictional amount would not be met with respect to J.C. Penney. Liberty National and J.C. Penney were given an opportunity to file objections to the plaintiff's contention, in light of the said stipulations, and they were informed in the order that the failure to object would be deemed by the court a consent to remand. Neither Liberty National nor J.C. Penney has filed objections. Thus, the plaintiff's motion to remand its actions against Liberty National and J.C. Penney is due to be granted.

An appropriate order will be entered.

DONE this __11__ day of ~~November~~ Dec., 1997.

_____
SAM C. POINTER, JR.
CHIEF UNITED STATES DISTRICT JUDGE